UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
MICHAEL E. MEGGINSON,
                                    Plaintiff,

                                                                        21 civ 9626 (JGK)

               -against-

THE BRIDGE, INC., et al.,
                                    Defendants.
--------------------------------------------------------------X

**ORDER**

A telephone conference will be held on **Friday, September 9, 2022, at 11:00.**

**The facility where the defendant is housed shall make the plaintiff available for the**

**conference.** The parties shall dial in, at **888 363-4749,** with access code **8140049**.

**SO ORDERED.**

                                            _____
                                            **S/JOHN G. KOELTL**
                                            **JOHN G. KOELTL**
                                            **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          August 19, 2022