```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------------------

MICHAEL E. MEGGINSON,

                Plaintiff,

        21-cv-9626 (JGK)

   - against -

        ORDER

THE BRIDGE INC., et al.,

                Defendants.

------------------------------------------------------------

JOHN G. KOELTL, District Judge:

    The conference scheduled for September 9, 2022 is adjourned to **September 30, 2022** at **11:00 a.m.**

**SO ORDERED.**

Dated:    New York, New York
            September 2, 2022

                              /s/ John G. Koeltl
                                John G. Koeltl
                        **United States District Judge**