**DAVID H. SINGER & ASSOCIATES, P.C.**

ATTORNEYS AT LAW
THE WOOLWORTH BUILDING
233 BROADWAY, SUITE 900
NEW YORK, NY 10279

(212) 233-8800
FAX (212) 385-4870
DAVID@DHSLLP.COM

DAVID H. SINGER
CHRISTOPHER S. McCANN*

*ADMITTED IN NY AND NJ

ROY H. WALLACE
OF COUNSEL

September 2, 2022

**Via ECF**
Hon. John G. Koeltl
United States District Court, Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007-1312

   Re: Megginson v. The Bridge, Inc., et al
     Case No. 1:21-civ-09626 (JGK)

Dear Judge Koeltl:

  I am the are attorney of record for defendant Dreamland Security Co. I write again in accordance with Local Rule 7.1 (d) to request an adjournment of the conference scheduled for 11:00 AM, Friday, September 9, 2022. I make this request because neither I, nor any other attorney in this office, will be available to participate in the conference on the scheduled day.

  I have been out of the country on a vacation that began August 13. My associate, Christopher S. McCann, is out of state on a vacation that begins today. Roy H. Wallace, who is of counsel to the firm, is away in rural Maine and advises he would not be able to appear on September 9. Messrs. McCann and Wallace are also unfamiliar with this case.

  As Your Honor will be aware, this is our second request to adjourn this conference. Counsel for The Bridge Inc., has consented to an adjournment. We have been unable to obtain consent of the plaintiff, who is detained at Rikers Island.

Very respectfully,

David H. Singer

*[Handwritten note:]* The conference is adjourned to 9/30/22 at 11:00 A.M. So ordered. 9/5/22 /s/ John G. Koeltl U.S.D.J.