UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MICHAEL MEGGINSON,

                Plaintiff(s),                              21 civ 9626 (JGK)

        -against-                                      **ORDER**

THE BRIDGE, INC.,
                Defendant(s).
-----------------------------------------------------------------X

**JOHN G. KOELTL, DISTRICT JUDGE:**

       The plaintiff commenced this action on November 19, 2021. A conference was originally scheduled for Friday, September 9, 2022. The Court, upon the application of defendant Dreamland Security, adjourned the matter to Friday, September 30, 2022, at 11:00am, via telephone.

       The Court has unsuccessfully attempted to arrange a conference call with the plaintiff and defendant Dreamland Security, who is listed on the Court's docket as being housed at Marcy Correctional facility. Numerous mailings of correspondence to that facility have been returned to this Court, as undeliverable. The plaintiff has not updated his address with the Court, and the Court has, after numerous attempts, failed to locate the plaintiff.

       The Court cancels the September 30, 2022 conference. The plaintiff is directed to provide an updated address by **October 21, 2022. Failure to provide an updated address may be grounds for dismissal of this action for failure to prosecute, in which event the plaintiff will have no trial.**

       The plaintiff is advised that if assistance is needed, the plaintiff may contact the Pro Se Office of this Court, which is located at: 500 Pearl Street, Room 220; New York, New York 10007. The telephone number is (212) 805-0175.

**SO ORDERED.**

                                                                   **JOHN G. KOELTL**
                                                     **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         September 21, 2022