UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MICHAEL E. MEGGINSON,

          Plaintiff,

- against -

THE BRIDGE, INC., ET AL.,

          Defendants.

---

21-cv-9626 (JGK)

ORDER OF DISMISSAL

JOHN G. KOELTL, District Judge:

    The pro se plaintiff commenced this action on November 19, 2021. The Court has made numerous unsuccessful attempts to contact the plaintiff, and, by order of September 21, 2022, directed the plaintiff to provide an updated address to the Court by October 21, 2022. In the Court's order, the plaintiff was advised that "failure to provide an updated address may be grounds for dismissal of this action for failure to prosecute, in which event the plaintiff will have no trial."

    There has been no response from the plaintiff to date.

    It is hereby ordered that this action be dismissed without prejudice for failure to prosecute. The Clerk is directed to close this case.

**SO ORDERED.**

Dated:    New York, New York
            January 19, 2023

                                              John G. Koeltl
                                   United States District Judge